```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05560
  GILBERTO M TORRES
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-0686


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/10/08 and confirmed on 08/22/08.

     2.  The case was dismissed after confirmation, 01/30/2009.

     3.  The Debtor paid a total of $    5500.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG          .00            .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE      3348.07            .00           .00
MEADOW GREEN TOWNHOUSE A   SECURED            2400.00            .00        483.67
GREAT LAKES CREDIT UNION   SECURED VEHIC     10910.56         207.93       2231.71
INTERNAL REVENUE SERVICE   PRIORITY          21334.85            .00           .00
AT&T WIRELESS              UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00           .00
HSBC                       UNSECURED        NOT FILED            .00           .00
MIDWEST WAUKEGAN           UNSECURED        NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED        NOT FILED            .00           .00
ST THERESA HOSPITAL        UNSECURED        NOT FILED            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          1910.14            .00           .00
MICHELE MATON              CHILD SUPPORT    NOT FILED            .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16658.63    21334.85     1910.14        .00       39903.62
PRINCIPAL PAID       2715.38         .00         .00        .00        2715.38
INTEREST PAID         207.93         .00         .00        .00         207.93
TOTAL PAID           2923.31         .00         .00        .00        2923.31
The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $    376.00  direct and $    2275.63  through the plan.

The Trustee received $    301.06 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/12/09                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
        CASE NO. 08 B 05560 GILBERTO M TORRES